**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-50882

_____


FRONTIER INSURANCE COMPANY,

Plaintiff-Counter Defendant-Appellee,

VERSUS

INCARNATE WORD HEALTH SERVICES INCORPORATED, doing business
as Incarnate Word Health System Liability Protection Program,
Individually; INCARNATE WORD HEALTH SYSTEM SELF-INSURANCE TRUST,

Defendants-Counter Claimants-Appellants.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-96-CV-855)

_____

September 8, 1998

Before REAVLEY, DAVIS and DUHÉ, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED for reasons
assigned in its opinion of September 18, 1997.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.